UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Milwaukee Division

**DANIEL MATTHEW VOORHEES**
abo M/Y BROADWATER, and
**BROADWATER MARINE, LTD.**

CASE NO.

      Plaintiffs,

v.

**ACE AMERICAN INSURANCE COMPANY**,

      Defendant.

_____

DISCLOSURE STATEMENT
_____

The undersigned, counsel for ACE American Insurance Company ("ACE"), Defendant, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. Pursuant to Civil L.R. 7.1(a)(1), Defendant's full name is ACE American Insurance Company.

2. Pursuant to Civil L.R. 7.1(a)(2), Defendant ACE submits that no parent corporation or any publicly held corporation owns 10% or more of its stock.

3. Pursuant to Civil L.R. 7.1(a)(3), attorneys from the law firm of Bascom, Budish & Ceman, S.C., will appear on behalf of this Defendant.

Date: 8th day of October, 2015.

                            By: **s/ Timothy A. Bascom**
                                State Bar No.: 1010017
                                Attorney for ACE American Ins. Co.
                                Bascom, Budish & Ceman, S.C.
                                2600 North Mayfair Road, Suite 1140
                                Wauwatosa, WI 53226
                                Telephone: (414) 774-8835
                                Fax: (414) 476-8545
                                Email: tbascom@bbclaw.com