UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DANIEL MATTHEW VOORHEES abo M/Y
BROADWATER; BROADWATER MARINE, LTD.

              Plaintiffs,          Case No.: 15-CV-001193-RTR

    v.

ACE AMERICAN INSURANCE COMPANY,

              Defendant.

_____

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT
_____

The plaintiffs, Daniel Matthew Voorhees abo M/Y Broadwater and Broadwater Marine, Ltd. by their attorneys, Terschan, Steinle, Hodan & Ganzer, Ltd., by Frank R. Terschan submits the following disclosure pursuant to Rule 7.1:

(1) Identify any parent corporation and any publicly held corporation owning 10% or more of its stock.

    **Not applicable.**

(2) State that there is no such corporation.

    **There is no such corporation.**

Dated at this 19th day of October, 2015.

                      TERSCHAN, STEINLE, HODAN & GANZER, LTD.
                      Attorneys for the Plaintiffs


                      By:   /s/ Frank R. Terschan
                            Frank R. Terschan
                            State Bar No.: 1016256

P.O. Address:

309 North Water Street
Suite 215
Milwaukee, WI 53202
(414) 258-1010